**Law Office of Patrick Mause, PLLC**

Patrick W. Mause
290 North Meyer
Tucson, Arizona 85701
State Bar No. 24269
520.342.0000
520.342.0001 (Fax)
EMail: Patrick@PMauseLaw.com

Attorney for Plaintiff Tricia Sanchez

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Tricia Sanchez, | Case No. 4:15-cv-459-LAB |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| Life Insurance Company of North America, a foreign corporation | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i), plaintiff Tricia Sanchez gives notice that the parties have resolved this matter and that she therefore requests that the Court dismiss this case with prejudice, with each party to bear its own fees and costs. For the Court's convenience, a proposed order is attached.

DATED this 24th day of November, 2015.

LAW OFFICE OF PATRICK MAUSE, PLLC

By  s/ Patrick W. Mause
Patrick W. Mause
Attorney for Plaintiff

1