UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Tricia Sanchez, | Case No. 4:15-cv-459-LAB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| Life Insurance Company of North America, a foreign corporation | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(i) and plaintiff's Notice of Voluntary Dismissal with Prejudice, and for good cause appearing,

IT IS ORDERED, dismissing this case with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 24th day of November, 2015.

_Leslie A. Bowman_
Leslie A. Bowman
United States Magistrate Judge

1